JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREEN ISLAND PRODUCE, INC., a corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AZUSA SUPERMARKET, INC., a corporation, also trading as Island Pacific Supermarket, et al.,<br><br>Defendants. | Case No.: CV 18-2196-DMG (FFMx)<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL OF NINO JEFFERSON MIAVE LIM AKA NINO J. LIM [106]** |

    This Court having read and considered the Stipulation for Dismissal of Nino Jefferson Miave Lim aka Nino J. Lim of the parties: (1) Plaintiffs: GREEN ISLAND PRODUCE, INC., a California corporation, SHAPIRO-GILMAN-SHANDLER CO., INC. a California corporation, COAST CITRUS DISTRIBUTORS, INC. a California corporation, also trading as "Coast Tropical" and as "Olympic Fruit & Vegetable Distributors," BEST ORIENTAL PRODUCE, INC., a California corporation, LOS ANGELES PRODUCE DISTRIBUTORS, LLC, a California limited liability company, CHONG'S PRODUCE, INC., a California corporation, and PALENQUE FOODS INTERNATIONAL, LLC., an

1

Arizona limited liability company, PDLA, INC., a California corporation, also trading as Primo Growers & Distributors, (collectively "Plaintiffs"); and (2) Defendant Nino Jefferson Miave Lim aka Nino J. Lim (collectively "Lim"), and good cause appearing therefor:

IT IS HEREBY ORDERED that:

1. That the above-captioned complaint is dismissed as to Lim, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, as the parties have entered into a settlement agreement.

2. The Court shall retain jurisdiction over this matter pursuant to *Kokkonen v. Guardian Life Ins.,* 511 U.S. 375 (1994), to enforce the settlement agreement between Plaintiffs and Lim as well as all orders entered by the Court in this matter, which orders shall retain their enforceability. The Order to Show Cause dated July 17, 2018 [Doc. # 104] is DISCHARGED. The scheduling conference on August 3, 2018 is VACATED.

IT IS SO ORDERED.

DATED: July 31, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE